# United States Court of Appeals
## for the Fifth Circuit

A True Copy
Certified order issued Aug 09, 2024

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 24-50272

United States Court of Appeals
Fifth Circuit

**FILED**
August 9, 2024

Lyle W. Cayce
Clerk

FILED
AUG -9 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

IN THE MATTER OF SALUBRIO, L.L.C, *doing business as* BRIO SAN ANTONIO MRI

*Debtor*,

DOUGLAS KEVIN SMITH,

*Petitioner—Appellant*,

versus

ERIC TERRY,

*Defendant—Appellee*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:23-CV-201-OLG

---

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of August 9, 2024, for want of prosecution. The appellant failed to timely file the brief.

No. 24-50272

By: _____

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

Casey A. Sullivan, Deputy Clerk

**ENTERED AT THE DIRECTION OF THE COURT**